# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
1:39 pm, 9/28/20
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>RACHAEL MYLA STAGNER aka Racquel Myla Stagner<br><br>Defendant. | Case Number: 2:20-cr-00165-ABJ-1 |

Date 9/28/2020   Time 1:25 - 1:38 PM   Before the Honorable   Teresa M. McKee

☑ Indictment  ☐ Information  ☐ Complaint  ☑ Arraignment  ☐ Rule 5

☐ Initial Appearance  ☑ Detention Hearing  ☐ Preliminary Hearing  ☐ Removal Hearing

☐ Other _____

Offense: 18 U.S.C. § 875(d) Threatening Communications (1-3)   18 U.S.C. § 1001(a)(2) False Statement Made to an Agency of the United States (4)

| Tiffany Dyer | FTR Recording | Scott Winslow |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy W. Gist | Raimo/Cantrell | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared  ☑ Voluntarily  ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing James Whiting
☐ FPD  ☑ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

WY53                                                                                                    Rev. 09/22/2020

**BOND IS**
- ☐ Defendant is detained
- ☑ Set at $ 10,000   ☐ Cash or Surety   ☑ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Detention hearing set for: Date _____ Time _____

Judge _____

| | |
|---|---|
| ☐ Obey all laws, Federal, State and Local | ☑ Maintain current residence |
| ☑ Seek/Maintain employment | ☑ Report to Pretrial Services as directed |
| ☐ 3rd party custody of _____ | ☑ Travel restricted to Fremont County |
| ☑ Not use or possess firearms/ammunition/explosives | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess alcohol | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use alcohol to excess | ☑ Avoid all contact with Ed Sheer |
| ☐ Submit to drug/alcohol testing | ☐ Post property or sum of money _____ |
| ☐ Do not obtain passport | ☐ Undergo medical/psychiatric treatment/exam |
| ☐ Surrender passport to _____ | ☐ Mandatory DNA collection |

- ☐ Other _____
- ☐ Bail review / detention hearing   Date _____
- ☐ Defendant detained- Reasons _____

**Arraignment**

- ☐ Defendant waives indictment
- ☑ Defendant waives reading of indictment
- ☐ Information filed by Government
- ☐ Superseding indictment/information filed by Government
- ☒ Indictment
- ☐ Complaint

**Defendant enters a plea of**

- ☑ Not guilty to count(s) 1-4 of an Indictment
- ☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**

- ☑ Court orders discovery per rule 16 FRCrP
- ☐ Photocopy of discovery is permissible
- ☐ Court orders access to Grand Jury Transcripts
- Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
- ☑ Trial date set for 11/30/2020 at 1:30 PM Before Honorable Alan B. Johnson in Cheyenne, Wyoming (Courtroom 2)
- ☑ Speedy trial expires on 12/2/2020
- ☐ Other