Kerry J. Jacobson WSB #6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195 (phone)
kerry.jacobson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 20-CR-165-J |
| **RACHAEL MYLA STAGNER** **aka Racquel Myla Stagner,** | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY PURSUANT TO RULE 16(a)(1)(G)**

**COMES NOW** the United States of America, by and through its attorney, Kerry J. Jacobson, Assistant United States Attorney for the District of Wyoming, and gives notice of the government's intent to offer expert testimony pursuant to Rule 16(a)(1)(G) in the above captioned case.

    1.    **Sexual Assault Nurse Examiner (SANE) Mary Chismar Sweeney**

*Qualifications:* Mary Chismar Sweeney is a Sexual Assault Nurse Examiner (SANE) with the Sagewest Hospital in Lander, Wyoming. Ms. Sweeney's qualifications are more fully set forth in her Curriculum Vitae, which will be provided upon receipt.

*Summary of Testimony:* SANE Mary Sweeney conducted a sexual assault examination of the Defendant on July 5, 2020. SANE Sweeney may be called to testify regarding her training, experience and expertise in sexual assault investigations and examinations. SANE Sweeney may be called to testify regarding her observations and examination of the Defendant, including the results of her examination. SANE Sweeney's records pertaining to her interaction with the Defendant have been provided to the Defendant through discovery. SANE Sweeney may be asked to refer to her records as a part of her testimony.

## **CONCLUSION**

The United States reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(a), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing and additional evidence may be discovered requiring additional expert witness testimony.

Respectfully submitted this 30th day of November, 2020.

                                          MARK A. KLAASSEN
                                          United States Attorney

                        By:   */s/ Kerry J. Jacobson*
                              KERRY J. JACOBSON
                              Assistant United States Attorney

# CERTIFICATE OF SERVICE

This is to certify that on the 30th day of November, 2020, I served a true and correct copy of the foregoing **Government's Notice of Intent to Offer Expert Testimony Pursuant to Rule 16(a)(1)(G)** upon counsel of record by electronic filing.

    */s/ Vickie L. Smith*
UNITED STATES ATTORNEY'S OFFICE