# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
# CRIMINAL MINUTE SHEET
# SENTENCING



**FILED**
*4:55 pm, 5/21/21*
**Margaret Botkins**
**Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | May 21, 2021 | Before the Honorable: | Alan B. Johnson |
| Time: | 1:34pm - 3:55pm<br>4:09pm - 4:49pm | Interpreter: | N/A |
| Case No: | 20-CR-00165-ABJ-1 | Interpreter Phone: | N/A |

☐ Non-Public Document

UNITED STATES OF AMERICA    VS    Rachael Myla Stagner

| Becky Harris | Melanie Sonntag | Kenny Ainsworth | |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**     Government:  Kerry Jacobson

☑ CJA   ☐ FPD   ☐ RET   ☐ WAIVED    Defendant:  Stephanie Bowen

Other: The victim in this case addressed the Court
Michelle Briggs and the defendant's daughter addressed the Court

☑ Defendant acknowledges having read the presentence report
☑ Objections to presentence report
☑ Court DENIES objections to PSR          ☐ Court GRANTS objections to PSR

Enhancement for substantial interference with the administration of justice under U.S.S.G. § 2J1.2(b)(2)

☑ Witness(es)   Govt: Christine Coble (1:49 - 2:39), Jacob Holden (via Zoom, 2:40 - 3:08)
☑ Exhibits received by Court    Govt: 1 - 14, 15

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

    For a period of    21    Months    as to Count(s)    4

    ☐ Sentence shall be served    concurrent    to  _____

    ☐ Defendant is sentenced to time served

        ☐ Plus up to ten (10) days to allow for deportation proceedings

☑ Upon release from custody, the defendant shall be on **supervised release**

For a period of   3   Years   as to Count(s)   4

☐ Supervised Release shall be served   concurrent   to _____
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of _____

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

- ☑ Obey all laws, Federal, State & Local
- ☑ Abide by the standard conditions of supervision
- ☐ Home confinement for a period of _____
- ☑ Not use or possess firearms/ammunitions/explosives
- ☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
- ☑ Submit to mandatory drug testing (w/in 15 days of release)
- ☐ Notify Probation of change in economic circumstance
- ☐ Notify employers of conviction
- ☐ Standard Sex Offender Conditions Apply
- ☑ Mental Health evaluation and follow through
- ☑ Other (continued from conditions of Probation/Supervised Release)

- ☑ Report to Probation w/in 72 hours of release
- ☐ Provide complete financial disclosure as directed
- ☐ Electronic monitoring as directed by Probation
- ☑ Not use or possess controlled substances/drugs
- ☐ Not open new lines of credit or incur new debt
- ☑ Submit to additional drug/alcohol testing and treatment
- ☐ Mandatory drug testing is waived
- ☑ DNA collection
- ☑ Cognitive/Behavioral Treatment
- ☑ Submit to search as conducted by US Probation Officer

Obtain GED; Pay child support

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $100.00   as to Count(s)   4
For a total of:   $100.00

- ☑ Special assessment is due and payable immediately
- ☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
- ☑ Special assessment shall be paid in monthly installments of at least 10% of gross monthly income during the term of supervision
- ☐ Special assessment remitted upon deportation of the defendant
- ☐ Other _____
- ☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

- ☐ Defendant is **remanded** to custody of US Marshal
- ☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____

☑ Defendant shall **surrender** to designated prison on/before    6/28/2021    at    1:00    PM
☑ Defendant shall report to institution as directed by Probation
☑ Court **recommends placement** at    a facility as close to her family as possible
☐ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence
☑ Defendant advised of right to appeal      ☑ Defendant waives right to appeal
☐ Defendant shall forfeit the following property
☑ Count(s)   1 - 3   of the    Indictment    **dismissed** on the motion of the United States
☐ Other

## MISCELLANEOUS